## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Linda Ruikka and Larry Ruikka, | Civil No. 10-1980 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| BAC Home Loans Servicing, LP, | |
| Defendant. | |

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: May 10, 2010

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge